ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
NOV 20 2003
U.S. COURT OF FEDERAL CLAIMS

03-2699C

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF DIRECTLY-RELATED CASES**

PLEASE TAKE NOTICE that on the 20th day of November, 2003, Plaintiff North Star Alaska Housing Corporation ("North Star") filed a three-count complaint against the United States of America ("Government") for breach of contract, breach of the duty of good faith and fair dealing, and a declaratory judgment arising out of a lease agreement ("Lease") between North Star Alaska and the Government for a 400-unit Army housing complex on Fort Wainwright, Alaska known as Birchwood Homes, which was entered into by virtue of the authority of 10 U.S.C. § 2828, as amended by Section 801 of Public Law 98-115 ("Section 801").

The instant Complaint involves the same Lease as two previous complaints filed by North Star in this Court against the Government. Those cases, *North Star Alaska Housing Corp. v. United States,* Civil Action Nos. 98-168C and 02-1632C, in the United States Court of Federal Claims, were assigned to Judge Allegra.

Dated: November 20, 2003

Respectfully Submitted,

Paul W. Killian

PAUL W. KILLIAN
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave. N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Directly-Related Cases was served first-class U.S. mail, postage pre-paid, and via hand delivery, this 20 day of November, 2003, on:

Donald E. Kinner, Esq.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorney for Defendant

Paul W. Killian