IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-2699C<br>Judge Francis M. Allegra |

## PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff respectfully requests a seven-day enlargement of time, from January 30, 2004 to February 6, 2004, within which to respond to Defendant's Motion to Stay Proceedings and In Camera Submission of Supporting Affidavit. This is Plaintiff's first request for an enlargement of time for this purpose. This motion is necessitated by the recent inclement weather, which has impacted travel plans and appointments for counsel for Plaintiff, and the press of business. On Tuesday, January 28, 2004, counsel for Plaintiff left two voicemail messages for counsel for Defendant, who is apparently working from home, seeking his consent to the instant motion. As no response has yet been received, Plaintiff does not know if any opposition will be filed.

Respectfully submitted,

s/ Paul W. Killian

PAUL W. KILLIAN
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 887-4000

DATED: January 28, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for an Enlargement of Time was served electronically on this 28th day of January, 2004 upon:

Donald E. Kinner, Esq.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorney for Defendant

s/ Paul W. Killian

____________________________

Paul W. Killian