**DEPARTMENT OF THE ARMY**
HEADQUARTERS, U.S. ARMY GARRISON, ALASKA
600 RICHARDSON DRIVE #6000
FORT RICHARDSON, ALASKA 99505-6000

REPLY TO
ATTENTION OF:

Directorate of Public Works

2003-03-24 A09:29

North Star Alaska Housing Corporation
Mr. Eldon Wartes
Site Manager
1066 7th Infantry Division Loop
Fairbanks, Alaska 99703

Dear Mr. Wartes:

1. This letter summarizes the findings of the USAG-AK Internal Review and Audit Compliance Office (IRACO) investigation of the Birchwood Lease, which was conducted between May and August 2002. The purpose of the investigation was to follow up on the findings of the December 2001 IRACO audit concerning the propriety of certain bills for lockset changes submitted to the Government by NSAHC. The scope of IRACO's 2002 review was expanded to assess North Star Alaska Housing Corporation (NSAHC) compliance with certain requirements of the lease. Internal Review and Audit Compliance Office (IRACO)'s summarized findings follow.

2. The Facility History Files do not contain work authorizations, as required by the lease. IRACO identified 1,626 work authorizations that were not filed in the Facility History files as required by the lease. The value of these 1,626 authorizations was $781,019. IRACO did identify a total of 2,167 work authorizations with a value of $1,120,126. The value of the missing work authorizations represents 70% of the total value of all work authorizations identified by IRACO that had been issued up to the time of the IRACO audit. No work authorizations were found in Facility History files for the years 1997 and 1998, and only two work authorizations were found in Facility History Files for the year 1999. IRACO also noted that NSAHC did not maintain work authorizations in Facility History Files prior to December 2001, when the Government Representative directed NSAHC to do so. Work authorizations are not being filed in the facility history files within 10 days of work completion, as required by the lease.

3. Duplication of work authorizations: IRACO found 26 instances where two work authorizations were issued for the same work.

4. Unsubstantiated labor rates were included in invoices submitted to the Government. IRACO found invoices for specialized labor charges which exceed the general maintenance rate, but did not document that the employee who performed the work had qualifications which justified the higher specialized labor rate.

5. <u>Extent of lockset issue</u>: IRACO documented the results of its earlier investigation, which revealed that NSAHC had, in four instances, installed used locksets and billed the Government for the installation of new ones. NSAHC had acknowledged this pattern and practice and the resultant overbilling and refunded the erroneous charges at the request of the Government. IRACO noted, however, that the NSAHC failure to maintain the Facility History Files as required by the lease prevented IRACO from determining whether or not the issue was limited to these four incidents.

6. As I am sure you can appreciate, the potential double-billings and other invoicing irregularities noted by IRACO concern the Government. Additionally, North Star's failure to maintain Facility History Files as required by Lease Exhibit C, Maintenance, Repair and Operational Services Annex, section C.1 (h) greatly complicate the Government's ability to evaluate North Star's performance in executing it's other responsibilities under the Lease. The Government has every right to rely on the performance of NSAHC in meeting its responsibility to maintain these Facility History Files in accordance with the letter and intent of the Lease. The Government also expects that North Star will correct any inappropriate invoicing practices indicated by the above summarized findings. We request that you notify the Government when a Quality Control program has been implemented to assure both Lease compliance in the maintenance of Facility History Files and the accuracy of invoicing procedures.

7. IRACO's findings have been forwarded to the Army's Criminal Investigation Command to determine whether further investigation is warranted.

Barbara S. Lehman

BARBARA S. LEHMAN
Chief, Housing Department
Public Works