IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION, Plaintiff, | ) | |
| v. | ) | No. 03-2699C<br>Judge Francis M. Allegra |
| THE UNITED STATES, Defendant. | ) | |

**MOTION FOR LEAVE TO RESPOND TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS**

North Star Alaska Housing Corporation ("North Star") respectfully requests leave to file a response to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Stay Proceedings. New information has arisen which is pertinent to the issues raised by Defendant in its motion for a stay and its reply to North Star's opposition thereto. Accordingly, North Star respectfully requests that it be permitted to file a response by Wednesday, March 3, 2004.

Dated: February 27, 2004

Respectfully Submitted,

s/ Paul W. Killian

PAUL W. KILLIAN
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave. N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Leave to Respond to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Stay Proceedings was served electronically this 27th day of February, 2004, on:

Donald E. Kinner, Esq.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorney for Defendant

s/ Paul W. Killian
______________________
Paul W. Killian