# In The United States Court of Federal Claims

No. 03-2699 C

(Filed: March 1, 2004)

NORTH STAR ALASKA HOUSING CORPORATION,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On February 27, 2004, plaintiff filed a motion for leave to respond to defendant's reply to plaintiff's opposition to defendant's motion to stay proceedings. The motion is hereby **DENIED**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge