# In The United States Court of Federal Claims

No. 03-2699 C

(Filed: March 1, 2004)

NORTH STAR ALASKA HOUSING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 16, 2004, defendant filed a motion to stay proceedings in this case. On February 6, 2004, plaintiff filed its opposition to defendant's motion to stay proceedings and on February 23, 2004, defendant filed its reply to plaintiff's response. Upon review of these filings, including defendant's *in camera* submission,[1] defendant's motion is hereby **GRANTED**.

This court grants this motion, however, with some hesitation and only with the full expectation that defendant will take every possible step to expedite the pending investigation. The court understands plaintiff's frustrations, flamed, no doubt, by its counsel's inability to view the information contained in the various *in camera* submissions made by defendant. Based upon that information, the court believes, for the moment, that the stays in this case and the two related matters are warranted. The court's confidence in this conclusion, however, is waning with the passage of time – revocation of the stays will occur if the court does not see significant progress in the pending investigation in the near term.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge

[1] The court believes that the submission is properly before the court.