IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORP., Plaintiff, | ) | |
| v. | ) | No. 03-2699C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant, the United States, submits this status report to inform the Court of the activity concerning the investigation of North Star.

Defendant's counsel has been informed by the First Assistant United States Attorney, Ms. Deborah Smith that the United States Attorney will not continue the criminal investigation of North Star.

Accordingly, we recommend that the Court remove the stay upon this case.

Based upon the date the stay was entered in this case, there is no time remaining for defendant to file an answer to the complaint. We respectfully request that the Court allow 30 days within which we may respond to the complaint in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

S/David M. Cohen
DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561

Attorneys for the Defendant

OF COUNSEL:

Anne Nelson Roth
Assistant District Counsel
United States Army Corps of Engineers
Alaska District

July 1, 2004

Certificate of Filing

I hereby certify that on July 1, 2004 a copy of foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald E. Kinner