# In The United States Court of Federal Claims

No. 03-2699 C

(Filed: August 20, 2004)

NORTH STAR ALASKA HOUSING CORPORATION,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 19, 2004, plaintiff filed an "Emergency Motion to Stop the Government's Destruction of Documents." In that motion, plaintiff indicates that one of its representatives saw one or more individuals in a government office using a shredder. On or before August 25, 2004, defendant shall respond to this motion. Should the court determine that documents relevant to this case were destroyed, spoliation sanctions may be imposed. *See Pueblo of Laguna v. United States*, 60 Fed. Cl. 133, 139 n.11 (2004). If, on the other hand, the court finds that plaintiff's motion was not filed in good faith or otherwise in violation of this court's rules, monetary sanctions, including attorney's fees, may be imposed under RCFC 37. Unless more specific evidence is produced demonstrating a greater urgency, this matter will be discussed at the status conference currently scheduled for September 1, 2004.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge