**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NORTH STAR ALASKA HOUSING CORPORATION,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No. 98-168C; 02-CV-01632; 03-CV-02699 |
| **THE UNITED STATES,** | ) | (Judge Allegra) |
| **Defendant.** | ) | |

**DECLARATION OF STACEY L. ANDREASEN**

1. I, Stacey L. Andreasen, am a paralegal specialist employed by the Army Corps of Engineers. I have reviewed the Plaintiff's Emergency Motions dated August 19, 2004. In this Motion, Plaintiff's attorney recounts an unsworn allegation that Plaintiff's employee Ms. Deb Reese observed a tall woman with blonde hair destroying documents on or about 4:30 p.m. on Tuesday August 17, 2004 in the Army's Birchwood Housing Office at Ft. Wainwright, Alaska. I am a tall woman (5'7") with blonde hair and I was present with Mr. Rodney Everett at 4:30 p.m. on Tuesday August 17, 2004 in the Army's Birchwood Housing Office at Ft. Wainwright, Alaska. I was copying the documents referenced in the Contracting Officer's Final Decisions at issue in Case No. 03-02699. I was operating a photocopier, not a paper shredder.
2. At no time during this or any other day have I ever destroyed any records of the Army at the Birchwood Office or at any other location related to this case. I do not even recall seeing a shredder in the Birchwood office, certainly never

operated a shredder in the Birchwood office nor did I ever see a shredder being operated during my visit in the Birchwood office.

3. I have worked for the Corps of Engineers for twenty-seven (27) years. I have worked in complex litigation with attorneys for the Corps of Engineers and Department of Justice for more than twenty (20) years. I would never destroy or hide evidence while litigation is pending or anticipated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of August, 2004.

Stacey L Andreasen
STACEY L. ANDREASEN
Paralegal Specialist
Office of Counsel
U.S. Army Corps of Engineers
Kansas City District
601 E. 12th Street
Kansas City, MO 64106