IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **NORTH STAR ALASKA HOUSING CORPORATION** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Nos. 98-168C, 02-1632C, 03-2699C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES** | ) | |
| **Defendant** | ) | |

**DECLARATION OF RODNEY G. EVERETT**

1. I, Rodney G. Everett, am the Contracting Officer's Representative for the Corps of Engineers-managed 801 housing for Ft. Wainwright Alaska and make this Affidavit in answer to Plaintiff's Emergency Motion To Stop The Government's Destruction Of Documents. I have served in this position from February 1999 to present.

2. I have reviewed the Plaintiff's subject Emergency Motion. The four people present in my office at 4:30 on August 17, 2004, were myself, William Edwards, Government Council, Stacey Andreasen, Paralegal, and Lori Dallas, 801 Project Manager. The office is equipped with a copy machine, paper shredder, fax machine, three computers, and three printers. There is also a refrigerator in the office. My belief is that the tall blond woman referred to in the motion was Stacey Andreasen. Ms. Andreasen was copying documents most of that afternoon. The copy machine is

located across the room from the paper shredder. While using the copy machine Ms. Andreasen's back would be to the office door.

3. The paper shredder is seldom used and was not in use at this time. Mr. Edwards and I were at my desk working. The paper shredder is located behind my desk in a small alcove created by the refrigerator and Ms. Dallas's desk. The shredder has been in this location for at least four years.

4. Ms. Reese is aware of the location of the shredder. I have observed and assisted Ms. Reese in emptying this paper shredder in the past while she was performing her janitorial duties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th Day of August 2004.

Rodney G. Everett

RODNEY G. EVERETT
Contracting Officer's Representative
U.S. Army, Corps of Engineers
Alaska District