IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION, Plaintiff, | ) | Nos. 98-168C, 02-1632C, 03-2699C<br>Judge Francis M. Allegra |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO STOP THE GOVERNMENT'S DESTRUCTION OF DOCUMENTS**

Plaintiff North Star Alaska Housing Corporation ("North Star"), through counsel, hereby replies to the Government's Response to Plaintiff's Emergency Motion to Stop the Government's Destruction of Documents. The Affidavit of Deb Reese, attached hereto, establishes that Ms. Reese observed two separate activities in the Government's offices when she left work at approximately 4:30 p.m. on August 17, 2004: the shredding of documents and the copying of documents. The noise of a paper shredder and the noise of a photocopier are entirely different, and it was the noise of a paper shredder which drew Ms. Reese's attention to the activity in the Government's offices on that day.

DATED: August 27, 2004

Respectfully submitted,

s/ Paul W. Killian

---

PAUL W. KILLIAN
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 887-4000

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Reply to Defendant's Response to Plaintiff's Emergency Motion to Stop the Government's Destruction of Documents was served electronically on this 27th day of August, 2004 upon:

Donald E. Kinner, Esq.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorney for Defendant

s/ Paul W. Killian

Paul W. Killian