IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORP., Plaintiff, | ) | Nos. 98-168C, 02-1632C, 03-2699C (Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Timothy P. McIlmail as attorney of record for the United States.

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-0361
Facsimile: (202) 514-7965

Dated: December 14, 2004

Certificate of Filing

I hereby certify that on December 16, 2004, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail